# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRCICT OF PENNSYLVANIA

| | |
|---|---|
| GEORGE LEEDS,<br><br>　　　　Plaintiff,<br>　　v.<br>PORTFOLIO RECOVERY<br>ASSOCIATES, LLC<br>　　　　Defendant. | ) Case No.: 10-1262<br>)<br>)<br>)<br>) **(Unlawful Debt Collection Practices)**<br>)<br>)<br>)<br>) |

### NOTICE OF VOLUNTARY DISMISSAL

TO THE CLERK:

　　NOTICE IS HEREBY GIVEN that the above-captioned case has been

DISMISSED with prejudice.


　/s/ Craig Thor Kimmel_____
Craig Thor Kimmel, Esquire
Kimmel & Silverman, PC
30 East Butler Pike
Ambler, PA 19002

CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that on this 29th day of April 2010, that a copy of the aforegoing Notice of Voluntary Dismissal e-filed and sent by regular mail to:

Donald Maurice
4 Walter Foran Boulevard
Suite 2007
Flemington, NJ 08822


           /s/ Craig Thor Kimmel
Attorney for Plaintiff
Craig Thor Kimmel, Esquire
Kimmel & Silverman, PC
30 East Butler Pike
Ambler, PA 19002